## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| **BAYER CROPSCIENCE LP and** § | |
| **MONSANTO TECHNOLOGY LLC** § | |
| *Plaintiffs/Judgment Creditors,* § | |
| § | |
| v. § | Case No. 5:23-CV-260-H |
| § | |
| **PEOPLES BANK** § | |
| § | |
| *Garnishee,* § | |

### PEOPLES BANK'S ORIGINAL ANSWER TO WRIT OF GARNISHMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes PEOPLES BANK ("Bank"), Garnishee in the above-entitled and numbered cause, and files this Original Answer to Writ of Garnishment, and in support thereof would show as follows:

1. The writ was served on the Bank on November 21, 2023.

2. At the time of service, the Bank was not in possession of any effects belonging to Teddy Lynn Willis.

3. At the time of service, the Bank had no knowledge of any other persons indebted to Teddy Lynn Willis.

4. At the time of service, the Bank had no knowledge of any other person who had in his or her possession any effects of Teddy Lynn Willis.

5. As of the date of service, the Bank was indebted to Teddy Lynn Willis as to Account ending in 5857 in the amount of $54,058.06.

6. As of the date of this answer, the Bank was indebted to Teddy Lynn Willis.

7. As of the date of this answer, the Bank was indebted to Teddy Lynn Willis as to as to Account ending in 5857 in the amount of $54,058.06.

8. As of the date of this answer, the Bank was not in possession of any effects belonging to Teddy Lynn Willis.

9. As of the date of this answer, the Bank had no knowledge of any other persons indebted to Teddy Lynn Willis.

10. As of the date of this answer, the Bank had no knowledge of any other person who has in his or her possession any effects of Teddy Lynn Willis.

11. As the result of this garnishment proceeding, the Bank has been required to retain the undersigned law firm to represent it in this proceeding. Said attorneys have performed services on behalf of the Bank, including telephone conversations with the representative of the Bank, the collection and review of necessary papers in order to respond to said writ, and the preparation and filing of this answer. The Bank is entitled to recover reasonable and necessary attorney's fees in an amount not less than Nine Hundred Fifty and 00/100 Dollars ($950.00) for the services performed by this law firm.

WHEREFORE, premises considered, the Bank prays that:

1. All claims to said funds be determined and adjudicated, and that the Bank be discharged from any and all liability as to the Garnishors Bayer Cropscience LP and Monsanto Technology LLC and Judgment Debtor Teddy Lynn Willis;

2. The Bank have and recover from the garnished funds its reasonable and necessary attorney's fees in an amount of not less than $950.00; and

3. The Bank be granted such other and further relief, legal or equitable, special or general, to which it may show itself justly entitled.

Respectfully submitted,

**FIELD, MANNING, STONE,
   HAWTHORNE & AYCOCK, P.C.**
A Professional Corporation
2112 Indiana Avenue
Lubbock, Texas, 79410-1499
Telephone: (806) 792-0810
Facsimile: (806) 792-9148
Email: dvoss@lubbocklawfirm.com

By: /s/Dax D. Voss
   **DAX D. VOSS**; SBN: 24047044
*Attorney for Garnishee Peoples Bank*

### CERTIFICATE OF SERVICE

This certifies that on December 7, 2023 the undersigned filed this document through the Court's e-filing system and served a true and correct copy of this document on the parties listed below through the Court's e-service system.

Jasmine Wynton
Daniel Cox
Thompson Coburn, LLP
jwynton@thompsoncoburn.com
dcox@thompsoncoburn.com
*Attorneys for Bayer Cropscience LP
and Monsanto Technology LLC*

/s/Dax D. Voss
**Dax D. Voss**