**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **BAYER CROPSCIENCE LP and** | § | |
| **MONSANTO TECHNOLOGY LLC** | § | |
| *Plaintiffs/Judgment Creditors,* | § | |
| | § | |
| v. | § | Case No. 5:23-CV-260-H |
| | § | |
| **PEOPLES BANK** | § | |
| | § | |
| *Garnishee,* | § | |

**JOINT MOTION FOR ENTRY OF AGREED
JUDGMENT IN GARNISHMENT**

Plaintiffs/Judgment Creditors BAYER CROPSCIENCE, LP and MONSANTO TECHNOLOGY, LLC and Garnishee PEOPLES BANK (collectively the "Parties") hereby move the Court for entry of an Agreed Judgment in Garnishment. A proposed Agreed Judgment in Garnishment is attached as Exhibit 1. In support of their Motion, the Parties state as follows:

1. BAYER CROPSCIENCE, LP and MONSANTO TECHNOLOGY, LLC own a final, valid and subsisting judgment against TEDDY LYNN WILLIS, which was rendered on January 25, 2023 in Cause No. 5:21-CV-00070-H, styled *Bayer CropScience, LP vs. Teddy Willis*, in the United States District Court for the Northern District of Texas. Garnishee PEOPLES BANK filed an uncontroverted answer admitting that Garnishee possesses effects of Judgment Debtor Teddy Lynn Willis liable to execution. Judgment Debtor Teddy Lynn Willis has failed to make an appearance in the case after being served with notification of the same.

2. The Parties have agreed to enter a Judgment in Garnishment with regard to the funds of Judgment Debtor Teddy Lynn Willis currently in the possession of PEOPLES BANK and that Garnishors, recover from PEOPLES BANK Garnishee, judgment for the sum of

$52,558.06, (which is $54,058.06 less the attorney fees of $1,500 incurred by Peoples Bank in relation to this Case).

3.     Additionally, the Parties request that the Garnishee be discharged from liability to TEDDY LYNN WILLIS and BAYER CROPSCIENCE, LP and MONSANTO TECHNOLOGY, LLC for payment of debt to the extent of the amount consumed in satisfying the Judgment in Garnishment.

WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that the Court enter the Agreed Judgment in Garnishment attached hereto as Exhibit 1and seek any further relief in which the Parties may be entitled.

Respectfully submitted,

  /s/ Jasmine S. Wynton (w/ permission)          /s/ Dax D. Voss
Jasmine S. Wynton                               Dax D. Voss
State Bar No. 24090481                          State Bar No. 24047044
THOMPSON COBURN, LLP                            FIELD MANNING STONE AYCOCK P.C.
2100 Ross Ave., Ste. 3200                       A Professional Corporation
Dallas, Texas 75201                             2112 Indiana Avenue
214-629-7113                                    Lubbock, Texas, 79410
972-629-7171 (Facsimile)                        806/792-0810 (Telephone)
                                                806/792-9148 (Facsimile)
AND                                             *Attorneys for Peoples Bank*

Daniel Cox, MO Bar No. 38902
dcox@thompsoncoburn.com
THOMPSON COBURN, LLP
One U.S. Bank Plaza
St. Louis, MO 63101
314-552-6030
314-552-7000 (Facsimile)
Thompson Coburn, LLP

*Attorneys for Bayer Cropscience LP
and Monsanto Technology LLC*