UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BAYER CROPSCIENCE LP, et al., <br><br>    Plaintiffs–Judgment Creditors, <br><br>v. <br><br>TEDDY LYNN WILLIS, <br><br>    Defendant–Judgment Debtor, <br><br>and <br><br>PEOPLES BANK, <br><br>    Garnishee. | No. 5:23-CV-260-H |

**AGREED JUDGMENT IN GARNISHMENT**

The plaintiffs–judgment creditors, Bayer CropScience LP and Monsanto Technology LLC, and the garnishee, Peoples Bank, have filed a joint motion for an entry of an agreed judgment in garnishment. Dkt. No. 9. The plaintiffs–judgment creditors and the garnishee have reached an agreement and seek judgment in garnishment to be rendered in favor of the plaintiffs–judgment creditors. *Id.* at 1. Based on the record in this case, the Court grants the motion and enters judgment in favor of the plaintiffs–judgment creditors. The plaintiffs–judgment creditors have a final, valid, and subsisting judgment against the defendant–judgment debtor, Teddy Lynn Willis, rendered in Case No. 5:21-CV-070, *Bayer CropScience LP v. Willis*, in this Court for $17,327,358, which remains unsatisfied. *See* Judgment, *Bayer CropScience LP v. Willis*, No. 5:21-CV-070 (N.D. Tex. Jan. 25, 2023) ECF No. 91; Dkt. No. 1-1 at 3–4. The garnishee has filed an answer admitting that it is indebted to Willis for $54,058.06. Dkt. No. 8 at 1–2.

It is therefore ORDERED, ADJUDGED, and DECREED that:

The plaintiffs–judgment creditors, Bayer CropScience LP and Monsanto Technology LLC, recover from the garnishee, Peoples Bank, judgment for the sum of $52,558.06, (which is $54,058.06 less the attorney's fees described herein), to be paid out of Account No. XXX5857, belonging to the judgment debtor, Teddy Lynn Willis, in the possession of Peoples Bank.

The garnishee, Peoples Bank, recover $1,500.00 as its reasonable attorney's fees from the judgment–debtor, Teddy Lynn Willis, to be paid by the property of the judgment debtor, Teddy Lynn Willis, in the possession of Peoples Bank in Account No. XXX5857.

The garnishee, Peoples Bank, is discharged from liability to Teddy Lynn Willis and Bayer CropScience LP and Monsanto Technology LLC for payment of debt to the extent of the amount consumed in satisfying this judgment.

All relief not expressly granted herein is denied.

The Clerk of Court is directed to close the case.

So ordered on January 18, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE